# Data For Parcel K30-001-00-082-07

Values are from tax year 2015 payable 2016.

## Valuation Data

| | |
|---|---|
| **Parcel:** | K30-001-00-082-07 |
| **Owner:** | BAYS JERRY W & JULIA A |
| **Address:** | 8051 CO 40 RD |



map this property

### Valuation

| | Appraised (100%) | Assessed (35%) |
|---|---|---|
| **Land Value:** | $27,900.00 | $9,770.00 |
| **CAUV Value:** | $0.00 | $0.00 |
| **Improvements Value:** | $78,800.00 | $27,580.00 |
| **Taxable Value:** | $37,350.00 | |

### Valuation History

| Date | Appraised Land Value | Appraised Improvements Value | Appraised Total Value | Assessed Land Value | Assessed Improvements Value | Assessed Total Value | Reason |
|---|---|---|---|---|---|---|---|
| 2011/06/15 | $31,000.00 | $87,500.00 | $118,500.00 | $10,850.00 | $30,630.00 | $41,480.00 | Reappraisal, Update or Annual Equalization |

Report Discrepancy

CAMA database last updated 12/12/2016 12:01:39 AM.